**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01064-REB-MJW

ADAM PETTIT, and
CRYSTAL PETTIT,

    Plaintiffs,

v.

NATIONAL CHECK TRUST INC., a Florida corporation, and
JANET EADON a/k/a JANET DAY, whose true name is unknown,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The plaintiffs has filed an **Unopposed Motion to Dismiss With Prejudice** [#10], on August 7, 2005. After careful review of the motion and the file, the court has concluded that the motion should be granted and this action be dismissed with prejudice.

    **THEREFORE IT IS ORDERED** as follows:

    1. That the **Unopposed Motion to Dismiss With Prejudice** [#10], filed August 7, 2005, is **GRANTED**; and

2.  That this action is **DISMISSED WITH PREJUDICE**, each party to pay their own attorney fees and costs.

Dated this 9th day of August, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge